UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

TIMOTHY S. WILKINS,                             :
                Petitioner,      :
                                            :     No. 20-cr-00134
          v.                           :     No. 23-cv-01860
                                              :
UNITED STATES OF AMERICA,                        :
                Respondent.    :

_____

## O R D E R

**AND NOW**, this 18ᵗʰ day of January, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Vacate Sentence Under 28 U.S.C. § 2255, *see* ECF No. 64, is **DENIED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge